# ELECTRONIC RECORD

COA # 05-13-01489-CR          OFFENSE: 19.03

STYLE: William Paul Langrum v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 5

DATE: 02/03/2015          Publish: NO          TC CASE #: F-1160330-L

# IN THE COURT OF CRIMINAL APPEALS

STYLE: William Paul Langrum v. The State of Texas          CCA #: 194-15

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**